

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

| Judge or Division: | Case Number: 02CV213714 |
|---|---|
| JAY A DAUGHERTY | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| WADE H BISHOP JR | JASON K REW |
| vs. | ONE JEFFERSON PLACE |
| | POST OFFICE BOX 550 |
| | BLUE SPRINGS, MO 64013 |

(Date File Stamp)

| Defendant/Respondent: | Court Address: |
|---|---|
| LEE'S SUMMIT R-7 PUBLIC SCHOOL DISTRICT | 308 W Kansas |
| | INDEPENDENCE, MO 64050 |

**ORIGINAL** MAKE YOUR RETURN ON THIS WRIT AND FORWARD TO DEPT. OF CIVIL RECORDS AT INDEPENDENCE, MO.

| Nature of Suit: | |
|---|---|
| CC Other Tort | |

## Summons in Civil Case

The State of Missouri to: DON KAISER

**PRIVATE PROCESS SERVER**

600 SE MILLER
LEES SUMMIT, MO 64063

**COURT SEAL OF JACKSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

MAY 22 2002
Date _____ Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
- ☒ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
- ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
- ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
- ☐ other _____

Served at 600 SE Miller, Lee's Summit, Mo. 64063 (address)
in Jackson County, MO, on 6/18/02 (date) at 12:00 pm (time).

Kim W. Nickerson
Printed Name of Sheriff or Server / Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on June 18, 2002
(seal) My commission expires: Feb. 21, 2004
Radonna Daniels, Notary Public

| Sheriff's Fees | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Mileage | $ | ( ___ miles @ $ .___ per mile) |
| Total | $ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

For Court Use Only: Document Id # 02-SMCC-4095

OSCA (7-99) SM30 (SMCC)    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:02-cv-00671-GAF   Document 1-5   Filed 07/17/02   Page 1 of 1